**Order entered December 9, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01041-CV
### No. 05-15-01042-CV
### No. 05-15-01043-CV
### No. 05-15-01044-CV

## IN THE INTEREST OF M.D.W., Z.J.W., J.Q.W., J.W., AND M.I.B.

**On Appeal from the 302nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. DF-10-13224-U; DF-13-18933-U; DF-14-10757-U; DF-13-18931-U**

## ORDER

The State's December 7, 2015 motion to extend the time for filing a brief is **GRANTED**, and the time is extended until December 18, 2015.

/s/      DAVID L. BRIDGES
             PRESIDING JUSTICE